

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-18-00715-CV

Kenneth J. **THOMAS**,
Appellant

v.

**ARRIBA APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04988
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on or before **June 28, 2019**. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court